UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN ANTHONY GONZALEZ,

        Defendant.
_____/

Case No. 1:23-cr-20356

Honorable Thomas L. Ludington
United States District Judge

Honorable Patricia T. Morris
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION, AND ACCEPTING GUILTY PLEA**

Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant John Anthony Gonzalez's consent on February 27, 2024. ECF Nos. 20; 22. On April 30, 2024, Judge Morris issued a report recommending this Court accept Defendant's guilty plea. ECF No. 25. Judge Morris gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 25, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED.**

Dated: May 21, 2024

                                              s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District Judge